**FILED**
5/11/2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____CO_____
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>MODESTO ESCALANTE-CASAS<br><br>Defendant | Case No: 4:23-CR-00193<br><br>**INDICTMENT**<br><br>8 U.S.C. § 1326(a) Illegal Re-entry into the United States |

THE GRAND JURY CHARGES:

### COUNT ONE
[8 U.S.C. § 1326(a)]

That on or about April 16, 2023, in the Western District of Texas, Defendant,

**MODESTO ESCALANTE-CASAS**

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported, and removed from the United States and the Defendant had not received the consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security, to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

**JAIME ESPARZA**
**UNITED STATES ATTORNEY**

BY: _/s/ David Dennarha for_
AMY GREENBAUM
ASSISTANT UNITED STATES ATTORNEY